UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | | BK No.: 15-36090 |
| STEPHEN D. RICHEK ) | | |
| ) | | Chapter: 7 |
| ) | | Honorable Carol Doyle |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER EXTENDING TIME TO FILE ADVERSARY COMPLAINT
## OBJECTING TO DISCHARGE

   THIS CAUSE COMING ON TO BE HEARD ON Barry A. Chatz, Chapter 7 Trustee's Routine Motion to Extend Time to File Adversary Complaint Objecting to Discharge, due and proper notice having been served, this Court having jurisdiction over the parties and subject matter and being fully advised in the premises;

  IT IS HEREBY ORDERED THAT:

   1.  The. Trustee's Motion to Extend Time to File Adversary Complaint Objecting to Discharge is granted.

   2.  The time for Barry A. Chatz, Chapter 7 Trustee, to file an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended up to and including May 9, 2016.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 10, 2016

**Prepared by:**

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID # 6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558