UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 15-36090
Stephen D. Richek  )
 )  Chapter: 7
 )  Honorable Carol Doyle
 )
 )
Debtor(s)  )

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Wells Fargo Bank, N.A., a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Wells Fargo Bank, N.A. and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 550 Vine Ave APT 105, Highland Park, IL 60035.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 25, 2016

**Prepared by:**

Pierce & Associates, P.C.
Attorneys for Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

File No: 251980-12898