IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                            )
                                  )    Case No. 15-36090
Stephen D. Richek,                )    Chapter 7
                                  )    Judge Carol A. Doyle
            Debtor.               )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 17th day of March, 2016, at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in the room usually occupied by her as courtroom 742 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **MOTION OF DEBTOR TO COMPEL TRUSTEE TO ABANDON PROPERTY AND FOR OTHER RELIEF,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/John H. Redfield
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all persons on the appended Service List via first class U.S. Mail on the 29th day of February, 2015.

/s/John H. Redfield

## SERVICE LIST

Patrick S. Layng
Office of the U.S. Trustee
Room 873
219 S. Dearborn
Chicago, IL 60604

Barry A. Chatz
Arnstein & Lehr
120 S. Riverside Pl., Ste. 1200
Chicago, IL 60606

Gregory K Stern
Gregory K. Stern, P.C.
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604

Andrew Nelson
Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602

Codilis & Associates
15W030 N. Frontage Rd.
Burr Ridge IL 60527

Ronald J. Kapustka
175 N. Archer Ave.
Mundelein, IL 60060

Abraham Brustein
DiMonte & Lizak, LLC
216 W. Higgins Rd.
Park Ridge, IL 60068

20 North Clark Street LLC
c/o CT Corporation System
208 S. LaSalle St., Ste. 841
Chicago, IL 60604

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America
c/o Fidelity Law Group
10 S. LaSalle St., Ste. 2750
Chicago, IL 60603

BankAmericard
P.O. Box 17054
Wilmington, DE 19850

Block & Landsman
33 N. LaSalle St.
Suite 1400
Chicago, IL 60602

Chase
1111 Northpoint Dr.
Coppell, TX 75019

Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19886

Illinois Department of Revenue
100 W. Randolph Street
7th Floor
Chicago, IL 60601

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Cincinnati, OH 45999-0025

JP Morgan Chase
270 Park Ave.
New York, NY 10017

Leading Legal LLC, a law firm
27 N. Wacker Dr., Unit 445
Chicago, IL 60606

Recall Total Information Management
015295 Collections Center Drive
Chicago, IL 60693

Roopit Patel
33 W. Ontario, Unit PHB
Chicago, IL

Saks Fifth Ave.
PO Box 71106
Charlotte, NC 28272-1106

Secure Link, LLC, LL-H
27 W. Wacker, Ste. 445
Chicago, IL 60606

TBF Financial
740 Waukegan Rd # 404
Deerfield, IL 60015

Vine Avenue Condominium Association
c/o Braeside Condo Management
1240 Meadow Rd., 4th Fl.
Northbrook, IL 60062

Wells Fargo Home Mortgage
P.O. Box 105693
Atlanta, GA 30348-5693

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-36090 |
| Stephen D. Richek, ) | Chapter 7 |
| ) | Judge Carol A. Doyle |
| Debtor. ) | |

## MOTION OF DEBTOR TO COMPEL TRUSTEE TO ABANDON PROPERTY AND FOR OTHER RELIEF

STEPHEN D. RICHEK ("Debtor" or "Richek"), by and through his attorney, John H. Redfield of Crane, Heyman, Simon, Welch & Clar, moves this Court for an Order of Abandonment of Property pursuant to 11 U.S.C. §554(b) and Rule 6007 of the Federal Rules of Bankruptcy Procedure, and for other relief, and in support thereof, states as follows:

1. On October 23, 2015, the debtor filed a voluntary petition for an order of relief under Chapter 7 of the Bankruptcy Code ("Petition Date").

2. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334, and it is a core proceeding pursuant to 20 U.S.C. § 157(b)(2)(A) and (O).

3. On the Petition Date, the Debtor was the owner of a condominium commonly known as 550 Vine Ave., Unit 105, Highland Park, Illinois 60035.

4. On November 30, 2015, Wells Fargo Bank, N.A. ("Wells Fargo"), filed a Motion to Modify the Automatic Stay alleging that as of November 24, 2015, it had a perfected mortgage in the sum of $140,858.49 on unit 105, and unit 105 had a value of $150,000. On February 25, 2016, an order modifying the automatic stay was entered regarding unit 105.

-1-

5. On the Petition Date, the Debtor was also the owner of a condominium commonly known as 550 Vine Ave., Unit 106, Highland Park, Illinois 60035.

6. On November 16, 2015, Wells Fargo filed a Motion to Modify the Stay regarding unit 106 alleging a balance of $139,923.54 as of November 3, 2015, and that the unit had a value of $150,000. On February 25, 2016, an order modifying the automatic stay was entered regarding unit 106.

7. Both units 105 and 106 have tenants and the Debtor has been remitting the rent from the tenants to the Trustee at his direction for each month since the Petition Date.

8. Pursuant to 11 U.S.C. §523(a)(16) the Debtor is liable for the post-petition condominium assessments.

9. It is the understanding of the Debtor that the Trustee has not paid any condominium assessments on units 105 and 106 even though he is collecting the rents.

10. Furthermore, according to the Debtor's 2014 income tax return, unit 105 has an adjusted basis of $14,652 and unit 106 has an adjusted basis of $19,725.

11. In the opinion of the Debtor, in the event of a sale of either unit 105 or 106, the Trustee will have a large income tax liabilities to pay based on the adjusted basis and the fair market value of the units.

12. Based on the value and mortgages against the properties, the costs of sale including a brokerage fee, and the income tax liabilities the Trustee will incur in the event of sale, it is the opinion of the Debtor that units 105 and 106 are burdensome to the estate and of inconsequential value.

13. The Debtor is being damaged by the fact that the Trustee is not paying the condominium assessments on the units because the Debtor is liable for post-petition assessments.

WHEREFORE, STEPHEN D. RICHEK, the Debtor herein, respectfully requests the entry of an Order as follows:

A. Barry Chatz, the Trustee herein, be directed to abandon units 105 and 106 located at 550 Vine Ave., Highland Park, Illinois 60035;

B. The Trustee be directed to pay the post-petition condominium assessments; and

C. For such other order as the Court deems just and proper.

Respectfully Submitted,

By: /s/John H. Redfield
    One of his attorneys

**DEBTOR'S COUNSEL**:
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\JHR\Richek\Abandon Property.mot and NOM.wpd

-3-