## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTER DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Stephen D. Richek | ) | Case No. 15-36090 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |
| | ) | |

### NOTICE OF MOTION

To:  See service list attached.

PLEASE TAKE NOTICE that on the 11th day of May, 2016, at 10:00 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, or any judge sitting in her stead, in Room 742 of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, 60604, and shall then and there present, **Routine Motion of Roopit Patel and Secure Link LLC LL-H For Second Extension of Time for Filing Objection to Discharge or Dischargeability of Debt,** a copy of which is hereby served upon you.

**This is a routine motion presented pursuant to Local Rule 9013-9(A)(5). The proposed order that is appended to the motion may be entered by the judge without presentment in open court unless a party in interest notifies the judge of an objection thereto pursuant to Section C of Local Rule 9013-9.**

By:  /s/ Abraham Brustein
     One of its attorneys

Abraham Brustein #327662
Riccardo DiMonte #6191706
Derek Samz# 6290656
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847/698-9600
847/698-9623 Facsimile
abrustein@dimontelaw.com
rdimonte@dimontelaw.com
dsamz@dimontelaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that by 5:00 p.m. on the 4th day of May, 2016, she duly served (or caused to be served) upon the persons on the attached service list via ECF or by first-class mail, a copy of **Routine Motion of Roopit Patel and Secure Link LLC LL-H For Second Extension of Time for Filing Objection to Discharge or Dischargeability of Debt,** and this Notice.

/s/ Jenna Jarke

**Service List**

**Via ECF**

Patrick S. Layng
United States Trustee, Region 11
219 S. Dearborn Street  #873
Chicago, IL  60604

Barry A. Chatz
Arnstein & Lehr
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
*Chapter 7 Trustee*

Monica C. O'Brien
Rachel S. Sandler
Gregory K. Stern
53 W. Jackson Blvd. Suite 1442
Chicago, Illinois 60604
*Attorneys for Trustee*

John H. Redfield
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
*Attorney for Debtor*

Andrew Nelson
Pierce & Associates, P.C.
1 N. Dearborn Street, Suite 1300
Chicago, Illinois 60602
*Attorney for Wells Fargo Bank, N.A.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Stephen D. Richek | ) | Case No. 15-36090 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |
| | ) | |

**ROUTINE MOTION OF ROOPIT PATEL AND SECURE LINK LLC LL-H FOR SECOND EXTENSION OF TIME FOR FILING OBJECTION TO DISCHARGE OR DISCHARGEABILITY OF DEBT**

Roopit Patel ("Patel") and Secure Link LLC LL-H ("Secure Link"), by their attorneys, Abraham Brustein, Riccardo DiMonte and Derek D. Samz, move pursuant to Rules 4004(b), 4007(c) and 9006(b)(3) of the Federal Rules of Bankruptcy Procedure ("Rules") for entry of an order extending the time in which they may file a complaint objecting to the discharge of the Debtor, and the deadline by which they may file a complaint objecting to the dischargeability of the debt owed by the Debtor for an additional 14 days to May 23, 2016. In support of this Motion, Patel and Secure Link state as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 23, 2015.

2. Prior to the filing of the bankruptcy case, Patel had a series of business dealings with the Debtor. The Debtor listed Patel on Schedule F as the holder of a disputed unsecured claim against the Debtor. Patel is the owner of an entity known as Cloud View LLC Payer which entered into a series of business transactions with the Debtor. Cloud View assigned its claims against the Debtor to Secure Link LLC LL-H . Secure Link is owned by Patel.

3. Secure Link filed a lawsuit against the Debtor in the Circuit Court of Cook County,

Illinois prior to the petition date which is pending as *Secure Link LLC LL-H v. Leading Legal, LLC, a law firm et al.,* Case No. 2015-L-8122.

4. Patel and Secure Link have nearly completed their investigation into whether the Debtor is entitled to a discharge and whether the debt owed by the Debtor to one or both of them is nondischargeable, and can complete their investigation within the requested extension.

5. The current deadline for filing objections to discharge or dischargeability of debt is May 9, 2016.

6. Patel and Secure Link believe that they will need an additional 14 days in which to complete the evaluation of their investigation and file an objection to discharge or dischargeability, if there is a basis to do so.

7. This is the second request for an extension made by Patel and Secure Link.

8. The relief requested in this motion is authorized by Bankruptcy Rules 4004(b), 4007(c) and 9006(b). The relief requested in this motion is also a Routine Motion as defined in Local Rule 9013-9(A)(5).

Respectfully submitted,

Roopit Patel and Secure Link LLC LL-H

By: /s/ Abraham Brustein
One of their attorneys

Abraham Brustein #327662
Riccardo DiMonte #6191706
Derek Samz# 6290656
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847/698-9600
847/698-9623 Facsimile
abrustein@dimontelaw.com
rdimonte@dimontelaw.com
dsamz@dimontelaw.com