UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Stephen D. Richek<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 15-36090<br><br>Chapter: 7<br>Honorable Carol Doyle |

**Order Granting Motion of Roopit Patel and Secure Link LLC LL-H For Third Extension of Time for Filing Objection to Discharge or Dischargability of Debt**

This cause coming before the Court upon the Routine Motion of Roopit Patel and Secure Link LLC LL-H For Third Extension of Time for Filing Objection to Discharge or Dischargeability of Debt; the Court having considered the motion and any objection to the motion;

It is hereby ordered as follows:

1. The time in which either Roopit Patel or Secure Link LLC LL-H may file a complaint objecting to the discharge of Stephen Richek, the Debtor, is extended to August 3, 2016; and

2. The time in which either Roopit Patel or Secure Link LLC LL-H may file a complaint to determine dischargeability of debt against Stephen Rickhek, the Debtor is extended to August 3, 2016.


Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  May 26, 2016

**Prepared by:**

Abraham Brustein, #327662
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, Illinois 60068
847-698-9600
abrustein@dimontelaw.com