# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEPHEN D. RICHEK | § | Case No. 15-36090 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/23/2015 . The undersigned trustee was appointed on 10/23/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 188,133.69 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 6,321.09 |
| Bank service fees | | 2,007.25 |
| Other payments to creditors | | 7,397.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 172,408.35 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/06/2016 and the deadline for filing governmental claims was 05/06/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,656.68 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 12,656.68 , for a total compensation of $ 12,656.68 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 174.18 , for total expenses of $ 174.18 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/31/2017                 By:/s/BARRY A. CHATZ
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-36090 | CAD | Judge: | Carol A. Doyle | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | STEPHEN D. RICHEK | | | | Date Filed (f) or Converted (c): | 10/23/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/11/2015 |
| For Period Ending: | 08/31/2017 | | | | Claims Bar Date: | 05/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  100% Interest 550 Vine Ave., #105, Highland Park 60036 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2.  100% Interest 550 Vine Ave., #106, Highland Park, Il 60035 | 150,000.00 | 0.00 | | 0.00 | FA |
| 3.  Cash | 80.00 | 0.00 | | 0.00 | FA |
| 4.  Chase Account Ending 2908 | 3,500.00 | 0.00 | | 0.00 | FA |
| 5.  Ordinary Household Furniture, Household Items, Etc. | 500.00 | 0.00 | | 0.00 | FA |
| 6.  Misc. Books, Pictures, Art Objects | Unknown | 0.00 | | 0.00 | FA |
| 7.  Ordinary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8.  Watch | 1,000.00 | 0.00 | | 0.00 | FA |
| 9.  Jp Morgan Securities Ira | 13,000.00 | 0.00 | | 0.00 | FA |
| 10. 63.9 Interest In Vine Ave., Limited Partnership (Sale Subjec | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. 40.637 Interest In Vine Ave. Limited Partnership Ii (Sale Su | 15,000.00 | 0.00 | | 0.00 | FA |
| 12. Client Accounts Receivable Approximately (List Will Be Provi | 100,000.00 | 0.00 | | 20,000.00 | FA |
| 13. Debtor Is Beneficiary Of A Spendthrift Discretionary Trust a | 0.00 | 0.00 | | 0.00 | FA |
| 14. Possible Counterclaims Including But Not Limited To Conspira | Unknown | 0.00 | | 0.00 | FA |
| 15. Computer, Printer, Office Furniture, Books, Refrigerator And | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. Post-petition rent on Unit #405 - 560 Vine (u) | 0.00 | 0.00 | | 13,432.00 | FA |
| 17. Post-petition rent on Unit #406 - 560 Vine (u) | 0.00 | 0.00 | | 9,700.00 | FA |
| 18. Post-petition rent on Unit #105 - 550 Vine (u) | 0.00 | 0.00 | | 12,800.00 | FA |
| 19. Post-petition rent on Unit #106 - 550 Vine (u) | 0.00 | 0.00 | | 12,200.00 | FA |
| 20. PREFERENCE SETTLEMENT (u) | 0.00 | 0.00 | | 120,000.00 | FA |
| 21. Tax Refund (u) | 0.00 | 1.69 | | 1.69 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $459,580.00 | $1.69 | | $188,133.69 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets liquidated; claims reviewed; have final taxes prepared; prepare TFR.

RE PROP #        20    --    Settlement of preferences by debtor

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 12/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-36090 | Trustee Name: BARRY A. CHATZ |
| Case Name: STEPHEN D. RICHEK | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0771 |
| | Checking |
| Taxpayer ID No: XX-XXX9310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/31/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/15 | | Stephen D. Richek<br>20 N. Clark Street, Suite 2450<br>Chicago, IL 60602 | RENT PAYMENTS | | | $1,350.00 | | $1,350.00 |
| | | | Gross Receipts | $1,350.00 | | | | |
| | 18 | | Post-petition rent on Unit #105 - 550 Vine | $850.00 | 1222-000 | | | |
| | 19 | | Post-petition rent on Unit #106 - 550 Vine | $500.00 | 1222-000 | | | |
| 12/09/15 | 19 | STEPHEN D. RICHEK<br>20 N. CLARK STREET, SUITE 2450<br>CHICAGO, IL 60602 | RENT PAYMENTS | | 1222-000 | $1,000.00 | | $2,350.00 |
| 12/29/15 | 19 | STEPHEN D. RICHECK<br>ATTORNEY AT LAW<br>20 N. CLARK STREET, SUITE 2450<br>CHICAGO, IL 60602 | RENT PAYMENTS<br>unknown asset | | 1222-000 | $1,000.00 | | $3,350.00 |
| 12/31/15 | | STEPHEN D. RICHEK<br>ATTORNEY AT LAW<br>20 N. CLARK STREET, SUITE 2450<br>CHICAGO, IL 60602 | RENT PAYMENTS | | | $1,650.00 | | $5,000.00 |
| | | | Gross Receipts | $1,650.00 | | | | |
| | 17 | | Post-petition rent on Unit #406 - 560 Vine | $800.00 | 1222-000 | | | |
| | 18 | | Post-petition rent on Unit #105 - 550 Vine | $850.00 | 1222-000 | | | |
| 01/12/16 | 18 | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, IL 60602 | RENT PAYMENTS | | 1222-000 | $850.00 | | $5,850.00 |
| 01/19/16 | 19 | STEPHEN D. RICHEK<br>111 W. WASHINGTON ST., STE. 1020,<br>CHICAGO, IL 60602 | RENT PAYMENTS<br>UNIT 105 | | 1222-000 | $850.00 | | $6,700.00 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $6,685.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $6,700.00     $15.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-36090 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | STEPHEN D. RICHEK | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0771 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9310 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/16 | | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, IL  60602 | ACCOUNT RECEIVABLE | | $18,500.00 | | $25,185.00 |
| | | | Gross Receipts         $18,500.00 | | | | |
| | 17 | | Post-petition rent on Unit #406    $6,500.00<br>- 560 Vine | 1222-000 | | | |
| | 18 | | Post-petition rent on Unit #105    $6,000.00<br>- 550 Vine | 1222-000 | | | |
| | 19 | | Post-petition rent on Unit #106    $6,000.00<br>- 550 Vine | 1222-000 | | | |
| 02/01/16 | 17 | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, IL  60602 | RENT PAYMENTS | 1222-000 | $800.00 | | $25,985.00 |
| 02/01/16 | 12 | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, IL  60602 | ACCOUNT RECEIVABLE | 1121-000 | $20,000.00 | | $45,985.00 |
| 02/05/16 | 17 | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, IL  60602 | RENT PAYMENTS | 1222-000 | $800.00 | | $46,785.00 |
| 02/17/16 | 400001 | Adams-Levine<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium | 2300-000 | | $24.21 | $46,760.79 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $46,745.79 |
| 03/07/16 | | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, ILL  60602 | RENT PAYMENTS<br>UNITS 560 AND 406 | | $2,500.00 | | $49,245.79 |
| | | | Gross Receipts         $2,500.00 | | | | |
| | 17 | | Post-petition rent on Unit #406    $800.00<br>- 560 Vine | 1222-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: | $42,600.00 | $39.21 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-36090 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | STEPHEN D. RICHEK | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0771 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9310 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 18 | | Post-petition rent on Unit #105 - 550 Vine | $850.00 | 1222-000 | | |
| | 19 | | Post-petition rent on Unit #106 - 550 Vine | $850.00 | 1222-000 | | |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.61 | $49,182.18 |
| 03/28/16 | 18 | Stephen D. Richek Attorney at Law 20 N. Clark Street, Suite 2450 Chicago, IL  60602 | RENT PAYMENTS 550 - Unit 105 | 1222-000 | $850.00 | | $50,032.18 |
| 03/30/16 | | Stephen D. Richek Attorney at Law 20 N. Clark Street, Suite 2450 Chicago, IL  60602 | RENT PAYMENTS | | $5,350.00 | | $55,382.18 |
| | | | Gross Receipts | $5,350.00 | | | |
| | 16 | | Post-petition rent on Unit #405 - 560 Vine | $4,500.00 | 1222-000 | | |
| | 18 | | Post-petition rent on Unit #105 - 550 Vine | $850.00 | 1222-000 | | |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.51 | $55,309.67 |
| 05/16/16 | 19 | STEPHEN D. RICHEK 20 N. CLARK STREET SUITE 2450 CHICAGO, IL  60602 | RENT PAYMENTS FOR SCHAFFER RENT | 1222-000 | $900.00 | | $56,209.67 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.42 | $56,130.25 |
| 06/06/16 | 18 | LASHA KORCHILAVA 700 W. RAND ROAD. APT. 202 ARLINGTON HEIGHTS, IL  60004-2362 | RENT PAYMENTS APRIL RENT FOR APT. 105 AT 550 VINE STREET, HIGHLAND PARK | 1222-000 | $850.00 | | $56,980.25 |
| 06/06/16 | 19 | SAM SHAFFER 1202 WALDEN LANE DEERFIELD, IL  60015-3128 | RENT PAYMENTS MAY RENT FOR UNIT 106 AT 550 VINE, HIGHLAND PARK | 1222-000 | $550.00 | | $57,530.25 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | Page Subtotals: | $8,500.00 | $215.54 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-36090 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | STEPHEN D. RICHEK | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0771 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9310 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/16 | 18 | LASHA KORCHILAVA<br>700 W. RAND ROAD, APT. 202<br>ARLINGTON HEIGHTS, IL  60004-2362 | RENT PAYMENTS<br>APT. 105 | 1222-000 | $850.00 | | $58,380.25 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.60 | $58,297.65 |
| 06/28/16 | 19 | SAM SHAFFER<br>1202 WALDEN LANE<br>DEERFIELD, IL  60015-3128 | RENT PAYMENTS<br>550 VINE, UNIT #106 | 1222-000 | $550.00 | | $58,847.65 |
| 07/14/16 | 16 | JEFFREY KORMAN | SETTLEMENT FUNDS<br>SETTLEMENT OF EVICTION SUIT FOR NON-PAYMENT OF RENT - UNIT 405, 560 VINE | 1222-000 | $4,750.00 | | $63,597.65 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.28 | $63,515.37 |
| 08/04/16 | 16 | Jeffrey Korman<br>560 Vine<br>Unit #405<br>Chicago, IL | Post-Petition Rent for Unit #405, 560 Vine<br>Rent for June and July 2016 | 1222-000 | $1,890.00 | | $65,405.37 |
| 08/04/16 | 16 | Jeffrey Korman<br>560 Vine<br>Unit #405<br>Chicago, IL | Post-Petition Rent for Unit #405, 560 Vine<br>August 2016 rent for Unit #405, 560 Vine (Asset #16) | 1222-000 | $945.00 | | $66,350.37 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.06 | $66,259.31 |
| 09/22/16 | 400002 | Jeff Frost | Attorney for Trustee Fees<br>(Other Fi | 3210-000 | | $1,225.01 | $65,034.30 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.77 | $64,936.53 |
| 09/30/16 | 16 | JEFFREY KORMAN<br>560 VINE, #405<br>HIGHLAND PARK, IL  60035 | RENT PAYMENTS | 1222-000 | $1,245.00 | | $66,181.53 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | Page Subtotals: | $10,230.00 | $1,578.72 |
|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-36090 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | STEPHEN D. RICHEK | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | XXXXXX0771 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9310 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/31/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/16 | 16 | Jeffrey Korman<br>560 Vine #405<br>Highland Park, IL | RENT PAYMENTS<br>for October 2016 rent<br>560 Vine Avenue #405<br>Highland Park, IL | 1222-000 | $102.00 | | $66,283.53 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.96 | $66,188.57 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.00 | $66,090.57 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.91 | $65,995.66 |
| 01/06/17 | 20 | PERRY GOLDBERG TTE<br>STEPHEN D. RICHEK DISC TRUST<br>20 N. CLARK STREET, SUITE 1200<br>CHICAGO, IL 60602 | SETTLEMENT FUNDS<br>Preference settlement with debtor | 1241-000 | $120,000.00 | | $185,995.66 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.94 | $185,897.72 |
| 02/14/17 | 400003 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | 2300 Bond Payments | 2300-000 | | $71.87 | $185,825.85 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $230.38 | $185,595.47 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $249.51 | $185,345.96 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $275.79 | $185,070.17 |
| 05/05/17 | 400004 | Millenium Properties R/E, Inc.<br>205 West Wacker Drive<br>Suite 1750<br>Chicago, IL 60606 | ADMIN CLAIM PURSUANT TO 4/19//17 COURT ORDER<br>PER COURT ORDER<br>ENTERED 4/19/17 | 3991-000 | | $5,000.00 | $180,070.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*  Page Subtotals:  $120,102.00  $6,213.36

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-36090 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | STEPHEN D. RICHEK | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0771 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9310 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $266.51 | $179,803.66 |
| 06/09/17 | 400005 | U.S. TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH 45999-0148 | TAXES 2016 FORM 1041 | 5800-000 | | $705.00 | $179,098.66 |
| 06/09/17 | 400006 | U.S. TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH 45999-0148 | TAXES 2017 FORM 1041 | 5800-000 | | $4,513.00 | $174,585.66 |
| 06/09/17 | 400007 | ILLINOIS DEPT. OF REVENUE PO BOX 19053 SPRINGFIELD, IL 62794-9053 | TAXES 2016 IL-1041-V | 5800-000 | | $628.00 | $173,957.66 |
| 06/09/17 | 400008 | ILLINOIS DEPT. OF REVENUE PO BOX 19053 SPRINGFIELD, IL 62794-9053 | TAXES 2017 IL-1041-V | 5800-000 | | $1,551.00 | $172,406.66 |
| 07/10/17 | 21 | SUSANA A. MENDOZA, COMPTROLLER THE TREASURER OF THE STATE OF ILLINOIS | TAX REFUND | 1224-000 | $1.69 | | $172,408.35 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $188,133.69 | $15,725.34 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $188,133.69 | $15,725.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $188,133.69 | $15,725.34 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*     Page Subtotals:     $1.69     $7,663.51

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0771 - Checking | $188,133.69 | $15,725.34 | $172,408.35 |
|  | $188,133.69 | $15,725.34 | $172,408.35 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $188,133.69 |
| Total Gross Receipts: | $188,133.69 |

Exhibit C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-36090  
Debtor Name: STEPHEN D. RICHEK  
Claims Bar Date: 5/6/2016  
Date: August 31, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $12,656.68 | $12,656.68 |
| 100 2200 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $174.18 | $174.18 |
| 100 3210 | Jeff Frost | Administrative | | $0.00 | $1,225.01 | $1,225.01 |
| 100 3210 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $52,650.50 | $52,650.50 |
| 100 3220 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $86.72 | $86.72 |
| 100 3410 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Administrative | | $0.00 | $1,861.50 | $1,861.50 |
| 6 100 3991 | Millennium Properties R/E, Inc.<br>205 West Wacker Drive, Suite 1750<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $7,500.00 | $5,000.00 |
| 1A 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Priority | | $0.00 | $8,465.35 | $8,465.35 |
| 2B 280 5800 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101 | Priority | | $0.00 | $61,333.56 | $61,333.56 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-36090  
Debtor Name: STEPHEN D. RICHEK  
Claims Bar Date: 5/6/2016  

Date: August 31, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2A 400 4110 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101 | Secured | | $0.00 | $47,385.90 | $47,385.90 |
| 1B 300 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Unsecured | | $0.00 | $1,580.10 | $1,580.10 |
| 2C 300 7100 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILEDELPHIA, PENNSYLVANIA 19101-7346 | Unsecured | | $0.00 | $7,880.18 | $7,880.18 |
| 3 300 7100 | Vine Condominium Association<br>c/o Stephen D. Richek<br>Kovitz Shifrin Nesbit<br>175 N. Archer Ave.<br>Mundelein, Il 60060 | Unsecured | | $0.00 | $2,345.16 | $2,345.16 |
| 4 300 7100 | Vine Condominium Association<br>c/o Stephen D. Richek<br>Kovitz Shifrin Nesbit<br>175 N. Archer Ave.<br>Mundelein, Il 60060 | Unsecured | | $0.00 | $3,833.41 | $3,833.41 |
| 5 300 7100 | Secure Link, Llc, Ll-H<br>Dimonte & Lizak, Llc<br>216 W. Higgins Road<br>Park Ridge, Il 60068 | Unsecured | | $0.00 | $933,347.47 | $933,347.47 |
| | Case Totals | | | $0.00 | $1,142,325.72 | $1,139,825.72 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-36090
Case Name: STEPHEN D. RICHEK
Trustee Name: BARRY A. CHATZ

Balance on hand $ 172,408.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2A | Internal Revenue Service | $ 47,385.90 | $ 47,385.90 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 172,408.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 12,656.68 | $ 0.00 | $ 12,656.68 |
| Trustee Expenses: BARRY A. CHATZ | $ 174.18 | $ 0.00 | $ 174.18 |
| Attorney for Trustee Fees: Jeff Frost | $ 1,225.01 | $ 1,225.01 | $ 0.00 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,861.50 | $ 0.00 | $ 1,861.50 |
| Other: GREGORY K. STERN, P.C. | $ 52,650.50 | $ 0.00 | $ 52,650.50 |
| Other: GREGORY K. STERN, P.C. | $ 86.72 | $ 0.00 | $ 86.72 |
| Other: Millennium Properties R/E, Inc. | $ 5,000.00 | $ 5,000.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 67,429.58

Remaining Balance $ 104,978.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 69,798.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | ILLINOIS DEPARTMENT OF REVENUE | $ 8,465.35 | $ 0.00 | $ 8,465.35 |
| 2B | Internal Revenue Service | $ 61,333.56 | $ 0.00 | $ 61,333.56 |
| | Total to be paid to priority creditors | | | $ 69,798.91 |
| | Remaining Balance | | | $ 35,179.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 948,986.32 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | ILLINOIS DEPARTMENT OF REVENUE | $ 1,580.10 | $ 0.00 | $ 58.58 |
| 2C | INTERNAL REVENUE SERVICE | $ 7,880.18 | $ 0.00 | $ 292.13 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Vine Condominium Association | $ 2,345.16 | $ 0.00 | $ 86.94 |
| 4 | Vine Condominium Association | $ 3,833.41 | $ 0.00 | $ 142.11 |
| 5 | Secure Link, Llc, Ll-H | $ 933,347.47 | $ 0.00 | $ 34,600.10 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 35,179.86 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE