**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| STEPHEN D. RICHEK, | Case No. 15-36090 |
| Debtor. | Honorable Carol A. Doyle |

**CERTIFICATE OF SERVICE BY MAIL**

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Sheri B. Merchant, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on September 1, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

Label Matrix for local noticing
0752-1
Case 15-36090
Northern District of Illinois
Chicago
Mon Aug 14 16:04:04 CDT 2017

20 North Clark Street LLC
c/o CT Corporation System
208 S. LaSalle St., Ste. 841
Chicago, IL 60604-1000

BRI 1859 20 N. Clark LLC
1140 E. Hallendale Beach Blvd.
Hallandale, FL 33009-4432

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America
c/o Fidelity Law Group
10 S. LaSalle St., Ste. 2750
Chicago, IL 60603-1108

BankAmericard
P.O. Box 17054
Wilmington, DE 19850-7054

Kinnera Bhoopal
McCalla Raymer Leibert Pierce, LLC
1 North Dearborn
Suite 1200
Chicago, IL 60602-4337

Block & Landsman
33 N. LaSalle St.
Suite 1400
Chicago, IL 60602-2610

Abraham Brustein ESQ
Dimonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068-5706

Chase
1111 Northpoint Dr.
Coppell, TX 75019-3831

Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153

Riccardo A Di Monte
216 West Higgins Road
Park Ridge, IL 60068-5706

William S Hackney III
SmithAmundsen, LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601-6004

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase
270 Park Ave.
New York, NY 10017-7924

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 N. Archer Avenue
Mundelein, IL 60060-2301

Leading Legal LLC, a law firm
27 N. Wacker Dr., Unit 445
Chicago, IL 60606-2800

Millennium Properties R/E, Inc
200 West Madison, 36th Floor
Chicago, IL 60606-3491

Andrew J Nelson
MRPierce, LLC, d/b/a McCalla Raym et.al.
1 North Dearborn St. Suite 1300
Chicago, IL 60602-4321

Monica C O'Brien
Gregory K. Stern, P.C.
53 W Jackson Blvd Ste 1442
Chicago, IL 60604-3536

Roopit Patel
720 W. Randolph, Unit 907
Chicago, IL 60661-2170

Recall Total Information Management
015295 Collections Center Drive
Chicago, IL 60693-0152

John H Redfield
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street
Suite 3705
Chicago, IL 60603-4101

Roopit Patel
33 W. Ontario, Unit PHB
Chicago, IL 60654-7777

Saks Fifth Ave.
PO Box 71106
Charlotte, NC 28272-1106

Derek D Samz
DiMonte & Lizak LLC
216 W Higgins Road
Park Ridge, IL 60068-5706


Secure Link LLC LL-H
207 E. Ohio, Unit 373
Chicago, IL 60611-4092

Secure Link, LLC, LL-H
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068-5706


Gregory K Stern
Gregory K. Stern, P.C.
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604-3536

TBF Financial
740 Waukegan Rd # 404
Deerfield, IL 60015-5505

Vine Avenue Condominium Association
c/o Braeside Condo Management
1240 Meadow Rd., 4th Fl.
Northbrook, IL 60062-3680


Wells Fargo Bank, N.A.
c/o Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago, IL 60602-4321

Wells Fargo Home Mortgage
P.O. Box 105693
Atlanta, GA 30348-5693

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEPHEN D. RICHEK | § | Case No. 15-36090 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, September 27, 2017 in Courtroom 742, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/31/2017                    By: /s/ Barry A. Chatz, Trustee
                                                    Trustee


*BARRY A. CHATZ*
*161 NORTH CLARK STREET*
*SUITE 4200*
*CHICAGO, IL 60601*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEPHEN D. RICHEK | § | Case No. 15-36090 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 188,133.69 |
| and approved disbursements of | $ | 15,725.34 |
| leaving a balance on hand of[1] | $ | 172,408.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2A | Internal Revenue Service | $  47,385.90 | $  47,385.90 | $  0.00 | $  0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 172,408.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $  12,656.68 | $  0.00 | $  12,656.68 |
| Trustee Expenses: BARRY A. CHATZ | $  174.18 | $  0.00 | $  174.18 |
| Attorney for Trustee Fees: Jeff Frost | $  1,225.01 | $  1,225.01 | $  0.00 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $  1,861.50 | $  0.00 | $  1,861.50 |
| Other: GREGORY K. STERN, P.C. | $  52,650.50 | $  0.00 | $  52,650.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: GREGORY K. STERN, P.C. | $ 86.72 | $ 0.00 | $ 86.72 |
| Other: Millennium Properties R/E, Inc. | $ 5,000.00 | $ 5,000.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          67,429.58

Remaining Balance          $          104,978.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 69,798.91  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | ILLINOIS DEPARTMENT OF REVENUE | $ 8,465.35 | $ 0.00 | $ 8,465.35 |
| 2B | Internal Revenue Service | $ 61,333.56 | $ 0.00 | $ 61,333.56 |

Total to be paid to priority creditors          $          69,798.91

Remaining Balance          $          35,179.86

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 948,986.32  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | ILLINOIS DEPARTMENT OF REVENUE | $ 1,580.10 | $ 0.00 | $ 58.58 |
| 2C | INTERNAL REVENUE SERVICE | $ 7,880.18 | $ 0.00 | $ 292.13 |
| 3 | Vine Condominium Association | $ 2,345.16 | $ 0.00 | $ 86.94 |
| 4 | Vine Condominium Association | $ 3,833.41 | $ 0.00 | $ 142.11 |
| 5 | Secure Link, Llc, Ll-H | $ 933,347.47 | $ 0.00 | $ 34,600.10 |

Total to be paid to timely general unsecured creditors     $     35,179.86

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

BARRY A. CHATZ
161 NORTH CLARK STREET
SUITE 4200

UST Form 101-7-NFR (10/1/2010) (Page: 4)

*CHICAGO, IL  60601*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.