IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-36090 |
| Stephen D. Richek, ) | Chapter 7 |
| ) | Judge Carol A. Doyle |
| debtor/debtor-in-possession, ) | |

**OBJECTION TO TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

Margaret Richek Goldberg, as executor ("Executor") of the estate of Stephen D. Richek ("Debtor"), through her attorney, John H. Redfield of Crane, Heyman, Simon, Welch & Clar, objects to the Trustee's Final Report and Applications for Compensation ("Final Report"), by stating as follows:

1. On October 23, 2015, the Debtor filed a voluntary petition for an order of relief under Chapter 7 of the Bankruptcy Code ("Petition Date") and Barry Chatz ("Trustee") is the acting Trustee herein.

2. The Debtor has passed away post-petition and his sister, Margaret Richek is the executor of the Debtor's probate estate.

3. The Final Report proposes to pay claim No. 5 of Secure Link, LLC, L1-H ("Secure") a distribution of $34,600 as a general unsecured claim.

4. Pursuant to paragraph 10 of the Settlement Agreement approved by this Court, executed by Secure, Secure waived its claim and is not to receive a distribution from the Trustee pursuant to the Settlement Agreement.

5. Claim number 4 filed on behalf of the Vine Condominium Association in the amount of $3,833.00 was filed as an administrative claim, and not as a general unsecured claim

as represented by the Final Report.

6. Claim No. 3 filed by the Vine Condominium Association in the amount of $2,345.16 was filed as a secured claim and not as a general unsecured claim as represented by the Final Report.

7. Pursuant to 11 U.S.C. § 326(a), the Trustee does not earn a fee on funds disbursed to the Debtor.

8. The Debtor's executor expects a surplus estate of approximately $20,000; therefore, the fees of Trustee should be reduced accordingly.

WHEREFORE, Margaret Richek Goldberg, as Executor of the Estate of Stephen D. Richek, respectfully requests the entry of an Order herein as follows:

    A) Her objection be granted;

    B) An order be entered in conformance with the Objection; and

    C) For such other Order as this Court deems just and proper.

    Respectfully Submitted,

    STEPHEN D. RICHEK, debtor/debtor-in-possession,

    By: /s/John H. Redfield
        One of his attorneys

**DEBTOR'S COUNSEL**:
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\JHR\Richek\Obj to Tr's Final Report.OBJ.wpd