## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-36090 |
| STEPHEN D. RICHEK, ) | Chapter 7 |
| ) | Judge Carol A. Doyle |
| Debto/Debtor-in-Possession, ) | |

### OBJECTION TO TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

PERRY GOLDBERG, not individually but solely as Trustee of certain Richek Family Trusts ("Goldberg"), by his counsel, Alexander D. Kerr, Jr. of HEYL ROYSTER VOELKER & ALLEN, P.C., objects to the Trustee's Final Report and Applications for Compensation ("Final Report"), by stating as follows:

1. On October 23, 2015, the Debtor filed a voluntary petition for an order of relief under Chapter 7 of the Bankruptcy Code ("Petition Date"), and Barry Chatz ("Trustee"), is the acting Trustee herein.

2. Goldberg was a party to that certain Settlement Agreement among Stephen D. Richek, Barry A. Chatz, Chapter 7 Trustee of the Estate of Stephen Richek, Bank of America, N.A., Secure Link, LLC LL-H, and Perry Goldberg, not individually but solely as Trustee of certain Richek Family Trusts.

3. Pursuant to Paragraph 5 of the Settlement Agreement, Secure and Patel and Patel entities released both Debtor and Goldberg from all claims, both direct and indirect.

4. Pursuant to Paragraph 10 of the Settlement Agreement approved by this Court, executed by Secure, Secure agreed to withdraw its claim and is not to receive a distribution from the Trustee pursuant to the Settlement Agreement.

5.      Pursuant to Paragraph 16 of the Settlement Agreement, Secure and Patel released all claims against Debtor.

6.      The Final Report proposes to pay claim No. 5 of Secure Link, LLC LL-H ("Secure"), a distribution of $34,600 as a general unsecured claim contrary to the Settlement Agreement.

WHEREFORE, Goldberg respectfully requests the entry of an Order herein as follows:

A) His objection is granted;

B) An Order be entered in conformance with the Objection; and

C) For such other Order as this Court deems just and proper.

      Respectfully submitted,

      PERRY GOLDBERG, not individually but solely as Trustee of certain Richek Family Trusts,

      By: /s/ Alexander D. Kerr, Jr.
          One of his attorneys

**GOLDBERG COUNSEL:**
Alexander D. Kerr, Jr.,
ARDC No. 1450484
HEYL ROYSTER VOELKER & ALLEN, P.C.
33 North Dearborn Street, 7th Floor
Chicago, Illinois 60602
Tel:    312.853.8700
Fax:   312.782.0040
akerr@heylroyster.com