# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEPHEN D. RICHEK | § | Case No. 15-36090 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 340,500.00          Assets Exempt: 19,080.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 112,375.77    Claims Discharged
                                                Without Payment: 1,207,711.35

Total Expenses of Administration: 75,757.92

---

3) Total gross receipts of $ 188,133.69  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 188,133.69  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 276,126.14 | $ 40,845.16 | $ 40,845.16 | $ 40,845.16 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 82,091.33 | 79,591.33 | 75,757.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 128,800.00 | 86,081.81 | 86,081.81 | 71,530.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 778,773.73 | 9,460.28 | 9,460.28 | 0.00 |
| TOTAL DISBURSEMENTS | $ 1,183,699.87 | $ 218,478.58 | $ 215,978.58 | $ 188,133.69 |

4) This case was originally filed under chapter 7 on 10/23/2015. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/23/2017          By: /s/BARRY A. CHATZ
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Client Accounts Receivable Approximately (List Will Be Provi | 1121-000 | 20,000.00 |
| Post-petition rent on Unit #105 - 550 Vine | 1222-000 | 12,800.00 |
| Post-petition rent on Unit #106 - 550 Vine | 1222-000 | 12,200.00 |
| Post-petition rent on Unit #405 - 560 Vine | 1222-000 | 13,432.00 |
| Post-petition rent on Unit #406 - 560 Vine | 1222-000 | 9,700.00 |
| Tax Refund | 1224-000 | 1.69 |
| PREFERENCE SETTLEMENT | 1241-000 | 120,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$188,133.69** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage P.O. Box 105693 Atlanta, GA 30348-5693 | | 138,344.39 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage P.O. Box 105693 Atlanta, GA 30348-5693 | | 137,781.75 | NA | NA | 0.00 |
| 2A | Internal Revenue Service | 4110-000 | NA | 38,500.00 | 38,500.00 | 38,500.00 |
| 3 | Vine Condominium Association | 4110-000 | NA | 2,345.16 | 2,345.16 | 2,345.16 |
| **TOTAL SECURED CLAIMS** | | | $ 276,126.14 | $ 40,845.16 | $ 40,845.16 | $ 40,845.16 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 12,656.68 | 12,656.68 | 12,656.68 |
| BARRY A. CHATZ | 2200-000 | NA | 174.18 | 174.18 | 174.18 |
| Adams-Levine | 2300-000 | NA | 24.21 | 24.21 | 24.21 |
| International Sureties, Ltd. | 2300-000 | NA | 71.87 | 71.87 | 71.87 |
| Union Bank | 2600-000 | NA | 2,007.25 | 2,007.25 | 2,007.25 |
| Vine Condominium Association | 2990-000 | NA | 3,833.41 | 3,833.41 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGORY K. STERN, P.C. | 3210-000 | NA | 52,650.50 | 52,650.50 | 52,650.50 |
| Jeff Frost | 3210-000 | NA | 1,225.01 | 1,225.01 | 1,225.01 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 86.72 | 86.72 | 86.72 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 1,861.50 | 1,861.50 | 1,861.50 |
| Millennium Properties R/E, Inc. | 3991-000 | NA | 7,500.00 | 5,000.00 | 5,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 82,091.33 | $ 79,591.33 | $ 75,757.92 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue 100 W. Randolph Street 7th Floor Chicago, IL 60601 | | 8,800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Cincinnati, OH 45999-0025 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 120,000.00 | NA | NA | 0.00 |
| 1A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 8,465.35 | 8,465.35 | 6,899.85 |
| | ILLINOIS DEPT. OF REVENUE | 5800-000 | NA | 2,179.00 | 2,179.00 | 2,179.00 |
| 2B | Internal Revenue Service | 5800-000 | NA | 70,219.46 | 70,219.46 | 57,233.76 |
| | U.S. TREASURY | 5800-000 | NA | 5,218.00 | 5,218.00 | 5,218.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 128,800.00 | $ 86,081.81 | $ 86,081.81 | $ 71,530.61 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 20 North Clark Street LLC c/o CT Corporation System 208 S. LaSalle St., Ste. 841 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America c/o Fidelity Law Group 10 S. LaSalle St., Ste. 2750 Chicago, IL 60603 | | 41,000.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | 34,438.36 | NA | NA | 0.00 |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | 6,412.47 | NA | NA | 0.00 |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | 9,696.09 | NA | NA | 0.00 |
| | BankAmericard P.O. Box 17054 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Block & Landsman 33 N. LaSalle St. Suite 1400 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Chase 1111 Northpoint Dr. Coppell, TX 75019 | | 0.00 | NA | NA | 0.00 |
| | Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886 | | 23,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886 | | 14,230.39 | NA | NA | 0.00 |
| | JP Morgan Chase 270 Park Ave. New York, NY 10017 | | 0.00 | NA | NA | 0.00 |
| | Leading Legal LLC, a law firm 27 N. Wacker Dr., Unit 445 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Roopit Patel 33 W. Ontario, Unit PHB Chicago, IL | | 0.00 | NA | NA | 0.00 |
| | Saks Fifth Ave. PO Box 71106 Charlotte, NC 28272-1106 | | 526.06 | NA | NA | 0.00 |
| | Secure Link, LLC, LL-H 27 W. Wacker, Ste. 445 Chicago, IL 60606 | | 483,450.00 | NA | NA | 0.00 |
| | TBF Financial 740 Waukegan Rd # 404 Deerfield, IL 60015 | | 11,000.00 | NA | NA | 0.00 |
| | Vine Avenue Condominium Association c/o Braeside Condo Management 1240 Meadow Rd., 4th Fl. Northbrook, IL 60062 | | 3,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage P.O. Box 105693 Atlanta, GA 30348-5693 | | 75,699.54 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage P.O. Box 105693 Atlanta, GA 30348-5693 | | 75,720.82 | NA | NA | 0.00 |
| 1B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 1,580.10 | 1,580.10 | 0.00 |
| 2C | INTERNAL REVENUE SERVICE | 7100-000 | NA | 7,880.18 | 7,880.18 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 778,773.73 | $ 9,460.28 | $ 9,460.28 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-36090 | CAD | Judge: | Carol A. Doyle | Trustee Name: | BARRY A. CHATZ |
| Case Name: | STEPHEN D. RICHEK | | | | Date Filed (f) or Converted (c): | 10/23/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/11/2015 |
| For Period Ending: | 10/23/2017 | | | | Claims Bar Date: | 05/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 100% Interest 550 Vine Ave., #105, Highland Park 60036 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. 100% Interest 550 Vine Ave., #106, Highland Park, Il 60035 | 150,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 80.00 | 0.00 | | 0.00 | FA |
| 4. Chase Account Ending 2908 | 3,500.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary Household Furniture, Household Items, Etc. | 500.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Books, Pictures, Art Objects | Unknown | 0.00 | | 0.00 | FA |
| 7. Ordinary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Watch | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Jp Morgan Securities Ira | 13,000.00 | 0.00 | | 0.00 | FA |
| 10. 63.9 Interest In Vine Ave., Limited Partnership (Sale Subjec | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. 40.637 Interest In Vine Ave. Limited Partnership Ii (Sale Su | 15,000.00 | 0.00 | | 0.00 | FA |
| 12. Client Accounts Receivable Approximately (List Will Be Provi | 100,000.00 | 0.00 | | 20,000.00 | FA |
| 13. Debtor Is Beneficiary Of A Spendthrift Discretionary Trust a | 0.00 | 0.00 | | 0.00 | FA |
| 14. Possible Counterclaims Including But Not Limited To Conspira | Unknown | 0.00 | | 0.00 | FA |
| 15. Computer, Printer, Office Furniture, Books, Refrigerator And | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. Post-petition rent on Unit #405 - 560 Vine (u) | 0.00 | 0.00 | | 13,432.00 | FA |
| 17. Post-petition rent on Unit #406 - 560 Vine (u) | 0.00 | 0.00 | | 9,700.00 | FA |
| 18. Post-petition rent on Unit #105 - 550 Vine (u) | 0.00 | 0.00 | | 12,800.00 | FA |
| 19. Post-petition rent on Unit #106 - 550 Vine (u) | 0.00 | 0.00 | | 12,200.00 | FA |
| 20. PREFERENCE SETTLEMENT (u) | 0.00 | 0.00 | | 120,000.00 | FA |
| 21. Tax Refund (u) | 0.00 | 1.69 | | 1.69 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $459,580.00 | $1.69 | | $188,133.69 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets liquidated; claims reviewed; have final taxes prepared; prepare TFR.

RE PROP #        20    --    Settlement of preferences by debtor

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 12/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-36090 | Trustee Name: BARRY A. CHATZ |
| Case Name: STEPHEN D. RICHEK | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0771 |
| | Checking |
| Taxpayer ID No: XX-XXX9310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/23/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/15 | | Stephen D. Richek<br>20 N. Clark Street, Suite 2450<br>Chicago, IL 60602 | RENT PAYMENTS | | $1,350.00 | | $1,350.00 |
| | | | Gross Receipts           $1,350.00 | | | | |
| | 18 | | Post-petition rent on Unit #105           $850.00<br>- 550 Vine | 1222-000 | | | |
| | 19 | | Post-petition rent on Unit #106           $500.00<br>- 550 Vine | 1222-000 | | | |
| 12/09/15 | 19 | STEPHEN D. RICHEK<br>20 N. CLARK STREET, SUITE 2450<br>CHICAGO, IL 60602 | RENT PAYMENTS | 1222-000 | $1,000.00 | | $2,350.00 |
| 12/29/15 | 19 | STEPHEN D. RICHECK<br>ATTORNEY AT LAW<br>20 N. CLARK STREET, SUITE 2450<br>CHICAGO, IL 60602 | RENT PAYMENTS<br>unknown asset | 1222-000 | $1,000.00 | | $3,350.00 |
| 12/31/15 | | STEPHEN D. RICHEK<br>ATTORNEY AT LAW<br>20 N. CLARK STREET, SUITE 2450<br>CHICAGO, IL 60602 | RENT PAYMENTS | | $1,650.00 | | $5,000.00 |
| | | | Gross Receipts           $1,650.00 | | | | |
| | 17 | | Post-petition rent on Unit #406           $800.00<br>- 560 Vine | 1222-000 | | | |
| | 18 | | Post-petition rent on Unit #105           $850.00<br>- 550 Vine | 1222-000 | | | |
| 01/12/16 | 18 | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, IL 60602 | RENT PAYMENTS | 1222-000 | $850.00 | | $5,850.00 |
| 01/19/16 | 19 | STEPHEN D. RICHEK<br>111 W. WASHINGTON ST., STE. 1020,<br>CHICAGO, IL 60602 | RENT PAYMENTS<br>UNIT 105 | 1222-000 | $850.00 | | $6,700.00 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,685.00 |

| | | Page Subtotals: | $6,700.00 | $15.00 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-36090 | Trustee Name: BARRY A. CHATZ | |
| Case Name: STEPHEN D. RICHEK | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0771 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9310 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/23/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/16 | | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, IL 60602 | ACCOUNT RECEIVABLE | | $18,500.00 | | $25,185.00 |
| | | | Gross Receipts $18,500.00 | | | | |
| | 17 | | Post-petition rent on Unit #406 $6,500.00<br>- 560 Vine | 1222-000 | | | |
| | 18 | | Post-petition rent on Unit #105 $6,000.00<br>- 550 Vine | 1222-000 | | | |
| | 19 | | Post-petition rent on Unit #106 $6,000.00<br>- 550 Vine | 1222-000 | | | |
| 02/01/16 | 17 | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, IL 60602 | RENT PAYMENTS | 1222-000 | $800.00 | | $25,985.00 |
| 02/01/16 | 12 | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, IL 60602 | ACCOUNT RECEIVABLE | 1121-000 | $20,000.00 | | $45,985.00 |
| 02/05/16 | 17 | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, IL 60602 | RENT PAYMENTS | 1222-000 | $800.00 | | $46,785.00 |
| 02/17/16 | 400001 | Adams-Levine<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium | 2300-000 | | $24.21 | $46,760.79 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $46,745.79 |
| 03/07/16 | | STEPHEN D. RICHEK<br>20 N. CLARK STREET<br>SUITE 2450<br>CHICAGO, ILL 60602 | RENT PAYMENTS<br>UNITS 560 AND 406 | | $2,500.00 | | $49,245.79 |
| | | | Gross Receipts $2,500.00 | | | | |
| | 17 | | Post-petition rent on Unit #406 $800.00<br>- 560 Vine | 1222-000 | | | |
| | | | Page Subtotals: | | $42,600.00 | $39.21 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-36090 | Trustee Name: BARRY A. CHATZ |
| Case Name: STEPHEN D. RICHEK | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0771 |
| | Checking |
| Taxpayer ID No: XX-XXX9310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/23/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 18 | | Post-petition rent on Unit #105 - 550 Vine | $850.00 | 1222-000 | | | |
| | 19 | | Post-petition rent on Unit #106 - 550 Vine | $850.00 | 1222-000 | | | |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $63.61 | $49,182.18 |
| 03/28/16 | 18 | Stephen D. Richek Attorney at Law 20 N. Clark Street, Suite 2450 Chicago, IL 60602 | RENT PAYMENTS 550 - Unit 105 | | 1222-000 | $850.00 | | $50,032.18 |
| 03/30/16 | | Stephen D. Richek Attorney at Law 20 N. Clark Street, Suite 2450 Chicago, IL 60602 | RENT PAYMENTS | | | $5,350.00 | | $55,382.18 |
| | | | Gross Receipts | $5,350.00 | | | | |
| | 16 | | Post-petition rent on Unit #405 - 560 Vine | $4,500.00 | 1222-000 | | | |
| | 18 | | Post-petition rent on Unit #105 - 550 Vine | $850.00 | 1222-000 | | | |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $72.51 | $55,309.67 |
| 05/16/16 | 19 | STEPHEN D. RICHEK 20 N. CLARK STREET SUITE 2450 CHICAGO, IL 60602 | RENT PAYMENTS FOR SCHAFFER RENT | | 1222-000 | $900.00 | | $56,209.67 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $79.42 | $56,130.25 |
| 06/06/16 | 18 | LASHA KORCHILAVA 700 W. RAND ROAD. APT. 202 ARLINGTON HEIGHTS, IL 60004-2362 | RENT PAYMENTS APRIL RENT FOR APT. 105 AT 550 VINE STREET, HIGHLAND PARK | | 1222-000 | $850.00 | | $56,980.25 |
| 06/06/16 | 19 | SAM SHAFFER 1202 WALDEN LANE DEERFIELD, IL 60015-3128 | RENT PAYMENTS MAY RENT FOR UNIT 106 AT 550 VINE, HIGHLAND PARK | | 1222-000 | $550.00 | | $57,530.25 |
| | | | Page Subtotals: | | | $8,500.00 | $215.54 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-36090 | Trustee Name: BARRY A. CHATZ |
| Case Name: STEPHEN D. RICHEK | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0771 |
| | Checking |
| Taxpayer ID No: XX-XXX9310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/23/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/16 | 18 | LASHA KORCHILAVA<br>700 W. RAND ROAD, APT. 202<br>ARLINGTON HEIGHTS, IL 60004-2362 | RENT PAYMENTS<br>APT. 105 | 1222-000 | $850.00 | | $58,380.25 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.60 | $58,297.65 |
| 06/28/16 | 19 | SAM SHAFFER<br>1202 WALDEN LANE<br>DEERFIELD, IL 60015-3128 | RENT PAYMENTS<br>550 VINE, UNIT #106 | 1222-000 | $550.00 | | $58,847.65 |
| 07/14/16 | 16 | JEFFREY KORMAN | SETTLEMENT FUNDS<br>SETTLEMENT OF EVICTION SUIT FOR NON-PAYMENT OF RENT - UNIT 405, 560 VINE | 1222-000 | $4,750.00 | | $63,597.65 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.28 | $63,515.37 |
| 08/04/16 | 16 | Jeffrey Korman<br>560 Vine<br>Unit #405<br>Chicago, IL | Post-Petition Rent for Unit #405, 560 Vine<br>Rent for June and July 2016 | 1222-000 | $1,890.00 | | $65,405.37 |
| 08/04/16 | 16 | Jeffrey Korman<br>560 Vine<br>Unit #405<br>Chicago, IL | Post-Petition Rent for Unit #405, 560 Vine<br>August 2016 rent for Unit #405, 560 Vine (Asset #16) | 1222-000 | $945.00 | | $66,350.37 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.06 | $66,259.31 |
| 09/22/16 | 400002 | Jeff Frost | Attorney for Trustee Fees<br>(Other Fi | 3210-000 | | $1,225.01 | $65,034.30 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.77 | $64,936.53 |
| 09/30/16 | 16 | JEFFREY KORMAN<br>560 VINE, #405<br>HIGHLAND PARK, IL 60035 | RENT PAYMENTS | 1222-000 | $1,245.00 | | $66,181.53 |

Page Subtotals: $10,230.00   $1,578.72

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-36090 | Trustee Name: BARRY A. CHATZ |
| Case Name: STEPHEN D. RICHEK | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0771 |
| | Checking |
| Taxpayer ID No: XX-XXX9310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/23/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/16 | 16 | Jeffrey Korman<br>560 Vine #405<br>Highland Park, IL | RENT PAYMENTS<br>for October 2016 rent<br>560 Vine Avenue #405<br>Highland Park, IL | 1222-000 | $102.00 | | $66,283.53 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.96 | $66,188.57 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.00 | $66,090.57 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.91 | $65,995.66 |
| 01/06/17 | 20 | PERRY GOLDBERG TTE<br>STEPHEN D. RICHEK DISC TRUST<br>20 N. CLARK STREET, SUITE 1200<br>CHICAGO, IL 60602 | SETTLEMENT FUNDS<br>Preference settlement with debtor | 1241-000 | $120,000.00 | | $185,995.66 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.94 | $185,897.72 |
| 02/14/17 | 400003 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | 2300 Bond Payments | 2300-000 | | $71.87 | $185,825.85 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $230.38 | $185,595.47 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $249.51 | $185,345.96 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $275.79 | $185,070.17 |
| 05/05/17 | 400004 | Millenium Properties R/E, Inc.<br>205 West Wacker Drive<br>Suite 1750<br>Chicago, IL 60606 | ADMIN CLAIM PURSUANT TO 4/19//17 COURT ORDER<br>PER COURT ORDER<br>ENTERED 4/19/17 | 3991-000 | | $5,000.00 | $180,070.17 |

Page Subtotals: $120,102.00    $6,213.36

UST Form 101-7-TDR (10/1/2010)   (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-36090 | Trustee Name: BARRY A. CHATZ |
| Case Name: STEPHEN D. RICHEK | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0771 |
| | Checking |
| Taxpayer ID No: XX-XXX9310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/23/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $266.51 | $179,803.66 |
| 06/09/17 | 400005 | U.S. TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH 45999-0148 | TAXES 2016 FORM 1041 | 5800-000 | | $705.00 | $179,098.66 |
| 06/09/17 | 400006 | U.S. TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH 45999-0148 | TAXES 2017 FORM 1041 | 5800-000 | | $4,513.00 | $174,585.66 |
| 06/09/17 | 400007 | ILLINOIS DEPT. OF REVENUE PO BOX 19053 SPRINGFIELD, IL 62794-9053 | TAXES 2016 IL-1041-V | 5800-000 | | $628.00 | $173,957.66 |
| 06/09/17 | 400008 | ILLINOIS DEPT. OF REVENUE PO BOX 19053 SPRINGFIELD, IL 62794-9053 | TAXES 2017 IL-1041-V | 5800-000 | | $1,551.00 | $172,406.66 |
| 07/10/17 | 21 | SUSANA A. MENDOZA, COMPTROLLER THE TREASURER OF THE STATE OF ILLINOIS | TAX REFUND | 1224-000 | $1.69 | | $172,408.35 |
| 09/27/17 | 400009 | Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101 | Distribution | | | $95,733.76 | $76,674.59 |
| | | Internal Revenue Service | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($38,500.00) | 4110-000 | | | |
| | | Internal Revenue Service | Final distribution to claim 2 representing a payment of 81.51 % per court order. ($57,233.76) | 5800-000 | | | |
| 09/27/17 | 400010 | Vine Condominium Association c/o Stephen D. Richek Kovitz Shifrin Nesbit 175 N. Archer Ave. Mundelein, Il 60060 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 4110-000 | | $2,345.16 | $74,329.43 |
| | | | Page Subtotals: | | $1.69 | $105,742.43 | |

UST Form 101-7-TDR (10/1/2010)  (Page: 17)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No.: 15-36090 | Trustee Name: BARRY A. CHATZ |
| Case Name: STEPHEN D. RICHEK | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0771 |
| | Checking |
| Taxpayer ID No: XX-XXX9310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/23/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/27/17 | 400011 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL  60601 | Distribution | | | $12,830.86 | $61,498.57 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($12,656.68) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($174.18) | 2200-000 | | | |
| 09/27/17 | 400012 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL  60606 | Distribution | | | $52,737.22 | $8,761.35 |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. ($52,650.50) | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. ($86.72) | 3220-000 | | | |
| 09/27/17 | 400013 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,861.50 | $6,899.85 |
| 09/27/17 | 400014 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS  60664-0338 | Final distribution to claim 1 representing a payment of 81.51 % per court order. | 5800-000 | | $6,899.85 | $0.00 |
| 09/29/17 | 400014 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS  60664-0338 | Final distribution to claim 1 representing a payment of 81.51 % per court order. Reversal | 5800-000 | | ($6,899.85) | $6,899.85 |
| 09/29/17 | 400015 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | PAYMENT OF CLAIM 1-A<br>Check replaces check #400014 which was reversed due to being mailed to incorrect address | 5800-000 | | $6,899.85 | $0.00 |
| | | | Page Subtotals: | | $0.00 | $74,329.43 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

| | | | |
|---|---|---:|---:|
| COLUMN TOTALS | | $188,133.69 | $188,133.69 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $188,133.69 | $188,133.69 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $188,133.69 | $188,133.69 |

Exhibit 9

Page Subtotals:  $0.00  $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0771 - Checking | $188,133.69 | $188,133.69 | $0.00 |
|  | $188,133.69 | $188,133.69 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $188,133.69 |
| Total Gross Receipts: | $188,133.69 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*